IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ROLAND PELLETIER,**

    Petitioner,

v.                                                     Case No. 1:22cv308-AW/MAF

**SECRETARY, DEPARTMENT
OF CORRECTIONS,**

    Respondent.
_____/

## AMENDED REPORT AND RECOMMENDATION[1]

In an order filed November 14, 2022, Petitioner Roland Pelletier was directed to either pay the $5.00 filing fee or, alternatively, file a motion to proceed in forma pauperis (IFP) by December 14, 2022. ECF No. 7. Petitioner was specifically warned that a recommendation would be made that this case be dismissed if Petitioner failed to comply with the order. *Id*. at 2. To date, Petitioner has not complied with the Court's order.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626 (1962). Federal Rule of

---

[1] The original Report and Recommendation was mailed to the address provided by Petitioner at the Brevard County Jail, 860 Camp Road, Cocoa, Florida, 32927. *See* ECF No. 1. Although Petitioner is evidently still housed at the Brevard County Jail, the mail was returned to the Court with directions to mail it to Petitioner at Smart Communications/Brevard County, P.O. Box 9145, Seminole, Florida 33775-9145. *See* ECF No. 9. This Amended Report and Recommendation directs the Clerk of Court to update Petitioner's mailing address.

Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to obey a court order.  <u>Moon v. Newsome</u>, 863 F.2d 835, 838 (11th Cir. 1989).  Because Petitioner did not comply with an order, this petition should be dismissed without prejudice.

Petitioner shall have a 14-day period after service of this Report and Recommendation in which to file objections.  This will also afford Petitioner a final opportunity to show good cause for the failure to respond to the Court's order.  Petitioner may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice.**  The Clerk of Court is directed to update Petitioner's address to Smart Communications/Brevard County, P.O. Box 9145, Seminole, Florida 33775-9145.

**IN CHAMBERS** at Tallahassee, Florida, on February 17, 2023.

S/ Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.**

**Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control</u>.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a Report and Recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.**