## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**ROLAND PELLETIER,**

     **Petitioner,**

**v.**                                       **Case No. 1:22-cv-308-AW-MAF**

**SECRETARY, DEP'T OF
CORRECTIONS,**

     **Respondent.**

_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

I have considered the magistrate judge's February 17 report and recommendation. ECF No. 10. No objections have been filed. I note that the report and recommendation was returned as undeliverable, with no forwarding address. To the extent Petitioner did not have notice of the report and recommendation, it was because of his failure to keep the clerk's office apprised of his current address.

I have determined the report and recommendation should be adopted, and I now incorporate it into this order. The clerk will enter a judgment that says, "The § 2254 petition is dismissed without prejudice for failure to pay the filing fee and failure to prosecute." The clerk will then close the file.

SO ORDERED on April 3, 2023.

s/ *Allen Winsor*
United States District Judge